No. 86–6146. Tysko v. Haigh et al. C. A. 3d Cir. Certiorari denied. 

No. 86–6147. Russell v. Garraghty, Warden, et al. C. A. 4th Cir. Certiorari denied. 
██

No. 86–6149. Rule v. O'Leary, Warden, et al. C. A. 7th Cir. Certiorari denied.

No. 86–6151. Ward v. Michigan et al. C. A. 6th Cir. Certiorari denied. 

No. 86–6152. Rojas-Gonzalez v. United States. C. A. 11th Cir. Certiorari denied. 

No. 86–6153. Griffith v. Commissioner of Internal Revenue. C. A. 11th Cir. Certiorari denied. 

No. 86–6155. McBride et al. v. United States. C. A. 8th Cir. Certiorari denied. 

No. 86–6157. Miller, Administratrix of the Estate of Miller v. Mecklenburg County et al. C. A. 4th Cir. Certiorari denied. 

No. 86–6158. Venegas v. United States; and
No. 86–6198. Vindiola v. United States. C. A. 9th Cir. Certiorari denied. Reported below: 800 F. 2d 868.

No. 86–6162. Clark v. United States. C. A. 3d Cir. Certiorari denied. 

No. 86–6165. Bottiglierie et al. v. United States. C. A. 3d Cir. Certiorari denied. 

No. 86–6172. Sperling v. United States. C. A. 2d Cir. Certiorari denied. 

No. 86–6174. Nicholas v. United States. C. A. 9th Cir. Certiorari denied. 

No. 86–6178. Montoya v. United States. C. A. 3d Cir. Certiorari denied.